# RECOMMENDATION TERMINATING
# SUPERVISED RELEASE PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>           **vs.**            )<br>)<br>**Miguel Robert URIBE**            )<br>) | **Docket Number:  2:00CR00445-04** |

**LEGAL HISTORY:**

On May 10, 2001, the above-named was sentenced to 60 months in the custody of the Bureau of Prisons to be followed by a term of Supervised Release for a period of 48 months, which commenced on January 3, 2005. Special conditions included: Warrantless search and seizure; Drug/alcohol testing, treatment and co-payment; Registration as a drug offender; and, Non-association with gang members.

**SUMMARY OF COMPLIANCE:**

Mr. Uribe has complied with all conditions and special conditions of Supervised Release, and has not been involved in any further criminal activities. It is the opinion of the probation officer that he has derived maximum benefit from supervision and is not in need of continued supervision.

**RE:** **Miguel Robert URIBE**
**Docket Number:  2:00CR00445-04**
**RECOMMENDATION TERMINATING**
**SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

**RECOMMENDATION:**

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

Respectfully submitted,

/s/ Richard W. Elkins
**RICHARD W. ELKINS**
**Senior United States Probation Officer**

Dated: October 22, 2007
Elk Grove, California
RWE/cj

**REVIEWED BY:**     /s/ Deborah A. Spencer
**DEBORAH A. SPENCER**
**Supervising United States Probation Officer**

cc: AUSA Richard J. Bender (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)

PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**   ) | |
|                               ) | |
| vs.                           ) | **Docket Number: 2:00CR00445-04** |
|                               ) | |
| **Miguel Robert URIBE**       ) | |
|                               ) | |

On January 3, 2005, the above-named was placed on Supervised Release for a period of 48 months. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Richard W. Elkins
**RICHARD W. ELKINS
Senior United States Probation Officer**

Dated:   October 22, 2007
         Elk Grove, California
         RWE/cj

**REVIEWED BY:**   /s/ Deborah A. Spencer
                  **DEBORAH A. SPENCER
                  Supervising United States Probation Officer**

**RE:**  **Miguel Robert URIBE**
       **Docket Number:   2:00CR00445-04**
       **ORDER TERMINATING SUPERVISED RELEASE**
       **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the supervised releasee be discharged from Supervised Release, and that the proceedings in the case be terminated.

 November 9, 2007
**Date**

_____
**D. Lowell Jensen**
**United States District Judge**

RWE/cj
Attachment:   Recommendation
cc:   United States Attorney's Office